IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EMMY BRADFORD, )
)
          Plaintiff, )
)
v. )   Case No. 12-2730-EFM
)
MIDLAND FUNDING, )
)
          Defendant. )

### ORDER

The undersigned U.S. Magistrate Judge, James P. O'Hara, notes that on January 25, 2013, plaintiff filed a motion to remand this case to state court (doc. 11). The motion to remand will be decided by the presiding U.S. District Judge, Eric F. Melgren, after it is fully briefed and in due course. Because the filing of the motion does not stay pretrial proceedings in this case (not to mention that a decision on the motion will likely be some months down the road), the scheduling conference set for January 31, 2013, at 10:30 a.m. will take place as scheduled.

IT IS SO ORDERED.

Dated January 28, 2013, at Kansas City, Kansas.

                                      s/ James P. O'Hara
                                      James P. O'Hara
                                      U.S. Magistrate Judge